IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

    Plaintiff,

v.

TBS OF HIGHLAND PARK, LLC; RODNEY A. RILEY; AND STACY M. RILEY,

    Defendants.

Civil Action No. : 10-CV-00082

### ENTRY OF DEFAULT

    Plaintiff, Trek Bicycle Corporation, requests that the Clerk of Court enter default against defendants, TBS of Highland Park, LLC, Rodney A. Riley and Stacy M. Riley, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants TBS of Highland Park, LLC, Rodney A. Riley and Stacy M. Riley, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 21st day of April, 2010.

By: _____, Deputy Clerk
Peter Oppeneer, Clerk of Court

WHD/7080900.1