IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

    Plaintiff,

v.

TBS OF HIGHLAND PARK, LLC; RODNEY A. RILEY; AND STACY M. RILEY,

    Defendants.

Civil Action No. : 10-CV-00082

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

This matter having come before the Court on plaintiff Trek Bicycle Corporation's Motion for Default Judgment, Trek Bicycle Corporation appearing through counsel, defendants TBS of Highland Park, LLC, Rodney A. Riley, and Stacy M. Riley having been properly served, and their default entered, and the Court being fully advised;

IT IS HEREBY ORDERED:

That the Plaintiff Trek Bicycle Corporation is hereby granted a judgment in the amount of $289,163.71 against TBS of Highland Park, LLC, Rodney A. Riley, and Stacy M. Riley, jointly and severally.

Dated this 2d day of June, 2010.

                *Barbara B. Crabb*
                United States District Judge

WHD/7106909.1