IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

    Plaintiff,

v.

TBS OF HIGHLAND PARK, LLC,
RODNEY A. RILEY and STACY M.
RILEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-CV-082-BBC

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Trek Bicycle Corporation in the amount of $289,163.71, against defendants TBS of Highland Park, LLC, Rodney A. Riley and Stacy M. Riley, jointly and severally.

_____      6/9/10
Peter Oppeneer, Clerk of Court            Date